MICHAEL J. HEYMAN
United States Attorney

MAC CAILLE PETURSSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>MARQUINN PRENTISS JONES-NELSON,<br><br>        Defendant. | No. 3:26-cr-00026-ACP-KFR<br><br>COUNT 1<br>POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>   Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi)<br><br>COUNT 2<br>FELON IN POSSESSION OF FIREARMS<br>   Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br>ENHANCED STATUTORY PENALTIES ALLEGATION<br>   21 U.S.C. § 841(b)(1)(A)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>   21 U.S.C. § 853(a)(1) & (2), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(a) |

**FELONY INFORMATION**

The United States Attorney charges that:

## COUNT 1

On or about November 6, 2025, within the District of Alaska, the defendant, MARQUINN PRENTISS JONES-NELSON, did knowingly and intentionally possess with the intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving 400 grams or more of a mixture and substances containing a detectible amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), all in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi).

## COUNT 2

On or about November 6, 2025, within the District of Alaska, the defendant, MARQUINN PRENTISS JONES-NELSON, knowing that he had previously been convicted by any court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, the following firearms: a Glock 23 .40 Caliber pistol, a Canik TTI Combat 9mm pistol, and a Sig Sauer P365 9mm pistol, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## Prior Convictions

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| March 5, 2012 | Distribution of Controlled Substances | United States District Court, District of Alaska | 3:11-CR-00039-RRB |
| March 5, 2012 | Distribution of Controlled Substances | United States District Court, District of Alaska | 3:11-CR-00039-RRB |

## ENHANCED STATUTORY PENALTIES ALLEGATION

Before the defendant, MARQUINN PRENTISS JONES-NELSON, committed the offenses of Possession with Intent to Distribute Controlled Substances in violation of 21 U.S.C. § 841(b)(1)(A), as charged in Count 1, he had two final convictions for serious drug felonies, to wit: two counts of Distribution of Controlled Substances, in the United States District Court for the District of Alaska, case number 3:11-CR-00039-RRB, for which he served terms of imprisonment of more than 12 months and for which his release from such terms of imprisonment was within 15 years of the commencement of the Possession with Intent to Distribute Controlled Substances offense charged in Count 1.

All pursuant to 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2), and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853(a)(1) and (2), upon conviction of an offense in violation of 21 U.S.C. § 841, the defendant, MARQUINN PRENTISS JONES-NELSON, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including a forfeiture money judgment equal to the value of the property, and the following property:

1. A Glock 23 .40 Caliber – Serial Number: SRD036;

2. A Canik TTI Combat 9mm – Serial Number: T6472-24CZ44658;

3. 26,075 in U.S. Currency; and

4. A Cummins-Allison, JetScan iFX, Greenbrier; Model: i101, Serial No: 1 i101 1725 15047, Money Counter.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

RESPECTFULLY SUBMITTED February 27, 2026 at Anchorage, Alaska.

    MICHAEL J. HEYMAN
    United States Attorney

    s/ *Mac Caille Petursson*
    MAC CAILLE PETURSSON
    Assistant United States Attorney
    United States of America